| PROB 22 (Rev 12/06) | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| | **TRANSFER OF JURISDICTION** | CR. 91-00069-NN-06 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 5:07cr365-F |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| --- | --- | --- |
| Kenneth Brown<br>Raleigh, North Carolina | EASTERN DISTRICT OF VIRGINIA | Raleigh |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Rebecca Beach Smith | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/02/07 — TO 11/01/12 |

**OFFENSE**

Count 1: Conspiracy and Attempt to Distribute Narcotics

Count 25: Unauthorized use of Food Coupons

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF NORTH CAROLINA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11-30-07
*Date*

*Rebecca Beach Smith*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/5/2007
*Effective Date*

*Louise W. Flanagan*
*United States District Judge*

# United States District Court

__EASTERN__ District of __VIRGINIA__
**NEWPORT NEWS DIVISION**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| KENNETH BROWN a/k/a "Kent" | Case Number: CR. 91-00069-NN—06 |
| (Name of Defendant) | W. Dean Short II |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) __1 and 25__.
☐ was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 & 841(a)(1) | Conspiracy & Attempt to Distribute Narcotics | 08/26/91 | 1 |
| 7:2024(b) | Unauthorized Use of Food Coupons | 07/25/91 | 25 |

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY CLERK

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____, and is discharged as to such count(s).
☒ Count(s) __24__ (is)(are) dismissed on the motion of the United States.
☒ It is ordered that the defendant shall pay a special assessment of $ __100.00__, for count(s) __1 and 25__, which shall be due ☒ immediately ☐ as follows:
Count 1 - $50.00; Count 25 - $50.00

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: ▬▬▬
Defendant's Date of Birth: ▬▬▬
Defendant's Mailing Address: ▬▬▬

Defendant's Residence Address:
**Same**

A TRUE COPY TESTE:
DORIS R. CASEY, CLERK
BY: _____ Deputy Clerk

__June 23, 1992__
Date of Imposition of Sentence

_Rebecca Beach Smith_
Signature of Judicial Officer

**Rebecca Beach Smith, U.S. District Judge**
Name & Title of Judicial Officer

__June 23, 1992__
Date

AO 245 S (3/88) Sheet 2 - Imprisonment

Defendant: KENNETH BROWN
Case Number: CR. 91-00069-NN-06
Judgment—Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWO HUNDRED TWENTY EIGHT (228) MONTHS**.

This term consists of a term of 228 months on Count 1 and a term of 60 months on Count 25, to be served concurrently.

The Court waives the cost of imprisonment for defendant.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district,

☐ at _____ a.m./p.m. on _____ .

☐ as notified by the Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

☐ before 2 p.m. on _____ .
☐ as notified by the United States Marshal.
☐ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____ , with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __FIVE (5)__ __YEARS. This term consists of a term of 5 years on Count 1 and a term of 3 years on Count 25, to be served concurrently.__
__The Court waives the cost of supervised release for defendant.__

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

[X] The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

[X] The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

[X] The defendant shall not possess a firearm or destructive device.

The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

The defendant shall perform 200 hours of community service as directed by the probation officer. Said community service shall be with children to explain the dangers of illegal drugs.
The defendant shall be ineligible for all federal benefits for a period of FIVE (5) years commencing June 23, 1992.

### STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition

1) the defendant shall not leave the judicial district without the permission of the court or probation officer

2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer

4) the defendant shall support his or her dependents and meet other family responsibilities.

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons

6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# FINE

The defendant shall pay a fine of $ __5,000.00__. The fine includes any costs of incarceration and/or supervision.

☒ This amount is the total of the fines imposed on individual counts, as follows:

**Count 1 - $5,000.00**
**Count 25 - No Fine**

**The Court waived minimum fine.**

☒ The court has determined that the defendant does not have the ability to pay interest. It is ordered that:

☒ The interest requirement is waived.
☐ The interest requirement is modified as follows:

This fine ~~plus any interest required~~ shall be paid: *
☐ in full immediately.
☐ in full not later than _____.
☐ in equal monthly installments over a period of _____ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.
☐ in installments according to the following schedule of payments:

*during the period of incarceration. The defendant shall pay any fines that remain unpaid during the term of supervised release.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.